# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 18-CR-067 (TSC)** |
| | : | |
| **v.** | : | |
| | : | |
| **TAREK ABOU-KHATWA,** | : | |
| also known as "Dean Addem" | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Michelle A. Zamarin, as counsel for the United States, is terminating her appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    /s *Michelle A. Zamarin*
MICHELLE A. ZAMARIN
Assistant United States Attorney
D.C. Bar No. 474240
555 4th Street, N.W.
Washington, D.C. 20530
Telephone No. (202) 252-6931
Michelle.Zamarin@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 9th day of December 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

      /s *Michelle A. Zamarin*
Michelle A. Zamarin
Assistant United States Attorney